| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** |
| **Marie-Ann Greenberg, Standing Trustee** |
| **30 TWO BRIDGES ROAD** |
| **SUITE 330** |
| **FAIRFIELD, NJ  07004-1550** |
| **973-227-2840** |
| **Chapter 13 Standing Trustee** |

IN RE:

   THOMAS G KRAMER
   DENISE M KRAMER

Order Filed on September 21, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.:  14-19605 JKS

Hearing Date:  9/14/2017

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 21, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): THOMAS G KRAMER
DENISE M KRAMER

Case No.: 14-19605

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/14/2017 on notice to JOAN SIRKIS WARREN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 14-19605-JKS
Thomas G Kramer                                                          Chapter 13
Denise M Kramer
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1            Date Rcvd: Sep 21, 2017
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
db/jdb         +Thomas G Kramer,   Denise M Kramer,   9 Kory Road,   Newton, NJ 07860-2514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:
      Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S3 bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
      Joan Sirkis Warren    on behalf of Debtor Thomas G Kramer joan@joanlaverylaw.com
      Joan Sirkis Warren    on behalf of Joint Debtor Denise M Kramer joan@joanlaverylaw.com
      Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com, agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC dnj@pbslaw.org
      Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by CountryWide Home Loans, Inc. dnj@pbslaw.org
                                                                                                 TOTAL: 8