UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on March 27, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

THOMAS G KRAMER
DENISE M KRAMER

Case No.:  14-19605

Judge:  JOHN K. SHERWOOD

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: March 27, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): THOMAS G KRAMER
DENISE M KRAMER

Case No.: 14-19605JKS

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of PNC BANK, Court Claim Number 5, be reduced to ~~amount paid to date through the plan by the Standing Trustee~~, the amount paid to date through the plan by the Standing Trustee.