| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    THOMAS G KRAMER<br>    DENISE M KRAMER |

Order Filed on March 27, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  14-19605

Judge:  JOHN K. SHERWOOD

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: March 27, 2018

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  THOMAS G KRAMER
DENISE M KRAMER

Case No.:  14-19605JKS

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of PNC BANK, Court Claim Number 5, be reduced to ~~amount paid to date through the plan by the Standing Trustee~~, the amount paid to date through the plan by the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas G Kramer  
Denise M Kramer  
    Debtors

Case No. 14-19605-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 27, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2018.  
db/jdb        +Thomas G Kramer,   Denise M Kramer,   9 Kory Road,   Newton, NJ 07860-2514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:  
        Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S3 bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com  
        Joan Sirkis Warren    on behalf of Debtor Thomas G Kramer joan@joanlaverylaw.com  
        Joan Sirkis Warren    on behalf of Joint Debtor Denise M Kramer joan@joanlaverylaw.com  
        Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC dnj@pbslaw.org  
        Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by CountryWide Home Loans, Inc. dnj@pbslaw.org

                                                                                                                                 TOTAL: 8