Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 14−19605−JKS
> Chapter: 13
> Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas G Kramer | Denise M Kramer |
| 9 Kory Road | 9 Kory Road |
| Newton, NJ 07860 | Newton, NJ 07860 |

Social Security No.:
 xxx−xx−9680                                                    xxx−xx−9103

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 16, 2020          John K. Sherwood
                                 Judge, United States Bankruptcy Court